THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
David Rowe,       
Appellant.
 
 

Appeal From Orangeburg County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2005-UP-308
Submitted May 1, 2005  Filed May 6, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia; for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Robert Douglas Robbin, of Summerville, for Respondent.
 
 
 

PER CURIAM:  David Rowe appeals his conviction for murder, assault with intent to kill, and possession of a weapon during the commission of a violent crime.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Rowes counsel attached a petition to be relieved to the final brief, stating he reviewed the record and concluded this appeal lacks merit.  Rowe filed a separate pro se brief arguing the trial court lacked subject matter jurisdiction to convict him.  After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved. 
 APPEAL DISSMISSED.[1] 
 HEARN, C.J., KITTREDGE, and WILLIAMS, JJ., concur.

[1]        We decide this case without oral argument pursuant to Rule 215, SCACR.